**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Portage Electric Products, Inc. v. Electrolux Home Care Products, Inc.

No. 15-1860

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for: Portage Electric Products, Inc.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant   [ ] Appellee   [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Peter C. Schechter
Law firm: Osha Liang LLP
Address: Two Houston Center, 909 Fannin St., Suite 3500
City, State and ZIP: Houston, TX 77010
Telephone: 713-228-8600
Fax #: 713-228-8778
E-mail address: schechter@oshaliang.com; docketing@oshaliang.com; skolaski@oshaliang.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 1, 1987

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/06/15                    /s/Peter C. Schechter
Date                       Signature of pro se or counsel

cc: _____

# **CERTIFICATE OF SERVICE**

I, Peter C. Schechter, hereby certify that the attached Corrected Entry of Appearance for Peter C. Schechter was filed via the Court's ECF system and copies were served by CM/ECF and email on August 6, 2015 to the following:

Robert Dan Spendlove
rspendlove@laubscherlaw.com
LAUBSCHER, SPENDLOVE & LAUBSCHER, P.C.
1160 Spa Road, Suite 2B
Anapolis, MD  21403
Phone: 410-280-6608
Fax: 410-280-6758

*/s/ Peter C. Schechter*
Peter C. Schechter
Osha Liang LLP
909 Fannin St., Suite 3500
Houston, TX  77010