**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____ , Inc.

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se          \_\_\_\_\_As counsel for:    _____
                                              Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee      \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant    \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name:             _____
Law firm:         _____
Address:          _____
City, State and ZIP:  _____
Telephone:        _____
Fax #:            _____
E-mail address:   _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_   I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

  10 Aug. 2015                          /s/Robert D. Spendlove
     Date                              Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015 a complete copy of the ENTRY OF APPEARANCE for Robert D. Spendlove was filed via the Court's ECF system and copies were served by CM/ECF and email on the counsel of record for Appellant:

>Peter C. Schechter
>Osha-Liang LLP
>909 Fannin Street, Suite 3500
>Houston, TX 77010
>
>schechter@oshaliang.com
>docketing@oshaliang.com
>skolaski@oshaliang.com

Dated: August 10, 2015

Laubscher, Spendlove & Laubscher, P.C.
1160 Spa Road, Suite 2B
Annapolis, MD 21403

Telephone: 703-332-8888
Fax: 410-280-6758

Respectfully submitted,

Robert D. Spendlove
Registration No. 53,629

1